450 A.2d 1044

Hamilton v. Hamilton, Appellant.

Argued February 17, 1982.   Arthur L. Jenkins, for appellant;  Joan B. Stuart, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order dated March 16, 1981 is affirmed.

451 A.2d 1044

Hostler, Appellants, v. Wm. Penn. School Dist. et al.
Reargument Denied Nov. 10, 1982.

Argued December 1, 1980.   Michael J. Pepe, Jr., for appellant;  William C. Beatty, for Wm. Penn, appellee;  Andrew J. Forbes, for Carson, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.

450 A.2d 1045

Ins. Co. of North America etc. v. Karol, Appellant.

Argued December 15, 1981. Jeffry L. Gilbert, for appellant; Donald E. Wieand, Jr., for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.

450 A.2d 1045

Kline, Jr., Appellant v. Kline.
Petition for Allowance of Appeal
Denied Dec. 1, 1982.

Argued November 6, 1981. Penn B. Glazier, for appellant; Michael W. Babic, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Appeal quashed.

450 A.2d 1045

Liverant, Senft and Cohen v. Vogel et al., Appellants.

Submitted March 6, 1980. Henry Vogel, appellant, in propria persona; Etta Vogel, appellant, in propria persona; Robert J. Stewart, for appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

Order affirmed.